UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCINDA JACKSON DORSEY,

          Plaintiff,

                                            Case No. 18-cv-12897
v.                                           Honorable Marianne O. Battani

DIVERSIFIED CONSULTANTS, INC.,

          Defendants.

_____/

## JUDGMENT

The Court entered an Opinion and Order Granting Defendant's Motion for Summary

Judgment on November 13, 2019.

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant Diversified

Consultants, Inc. and against Plaintiff Lucinda Jackson Dorsey.

Date:                                    November 13, 2019
                                           s/Marianne O. Battani
                                           MARIANNE O. BATTANI
                                           United States District Judge